UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BellucciLaw, P.C.
450 Tilton Road, Suite 125
Northfield, NJ 08225
(609) 601-1500, Fax (609) 365-2351
Attorneys for Debtor(s)
Bruno Bellucci, III, Esquire, 001011990
Jennifer L. Kearney, Esquire, 240402017

**Order Filed on May 3, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Vincent J. Domenico
Kristen D. Domenico

Case No.:      23-12908

Adv. No.:

Hearing Date:   5/2/23

Judge:       Hon. Andrew B. Altenburg, Jr.

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: May 3, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Vincent J. Domenico and Kristen D. Domenico
Case No.:    23-12908
Order to Extend the Automatic Stay

---

Upon consideration of Debtors' motion/application for an Order to Extend the Automatic Stay as to Vincent J. Domenico and Kristen D. Domenico and good cause appearing therefore,

**IT IS** hereby **ORDERED** as follows:

1. The Automatic Stay pursuant to Section 362(c)(4)(B) of the Bankruptcy Code as to Debtors Vincent J. Domenico and Kristen D. Domenico shall be extended and remain in full force and effect and will not expire on the 30th day of the filing of this bankruptcy case.