| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Sarah K. McCaffery, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorney for LVNV Funding, LLC | |
| In Re:<br><br>VINCENT J. DOMENICO<br>KRISTEN D. DOMENICO<br>　　*(Debtors)* | Case No: 23-12908-ABA<br><br>Hearing Date:<br>June 14, 2023 at 9:00am<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg Jr. |

## OBJECTION TO CONFIRMATION OF THE PLAN

　　LVNV Funding, LLC ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor ("Debtor"), as follows:

　　1.　　As of the bankruptcy filing date, Movant holds a secured Claim against the Debtors' Vehicle, a 2018 Ford F-150 Crew Cab 4x4, VIN 1FTEW1EP5JFC79234 (the "Vehicle").

　　2.　　Debtors purchased the Vehicle on January 8, 2019.

　　3.　　Movant filed its Proof of Claim on May 2, 2023, citing a secured total of $27,720.00. *See Proof of Claim #3 filed on the claims register.*

　　4.　　 Debtors' Chapter 13 Plan does not fully provide for Movant's secured claim.

　　5.　　The Plan violates 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

　　6.　　Any attempt by the Debtor to modify any portion of this Contract with Movant should be denied.

　　7.　　Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      8.    In addition, Creditor requests that any interest rate that is proposed should correspond to the" Till" rate.  In re Till, 301 F.3d 583, 591 (2002).

      WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

HLADIK, ONORATO & FEDERMAN, LLP

Date: 05/04/2023

/s / Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 042202011
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Sarah K. McCaffery, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorney for LVNV Funding, LLC |  |
| In Re:<br><br>VINCENT J. DOMENICO<br>KRISTEN D. DOMENICO<br>*(Debtors)* | Case No: 23-12908-ABA<br><br>Hearing Date:<br>June 14, 2023 at 9:00am<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg Jr. |

**CERTIFICATION OF SERVICE**

1. I, Caitlin Kohn
   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Hladik, Onorato & Federman, LLP, who represents <u>LVNV Funding, LLC</u> in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 4, 2023 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: May 4, 2023            /s/    *Caitlin Kohn*
                                      Caitlin Kohn

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Vincent J. Domenico<br>Kristen D. Domenico<br>370 Pine Road<br>Hammonton, NJ 08037 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Jennifer L. Kearney, Esquire<br>Bellucci Law<br>1201 New Road<br>Suite 138<br>Linwood, NJ 08221 | Debtor's Attorneys | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Esquire<br>Chapter 13 Standing Trustee<br>535 Route 38 – Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |