UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BellucciLaw, P.C.
450 Tilton Road, Suite 125
Northfield, NJ 08225
(609) 601-1500, Fax (609) 365-2351
Attorneys for Debtor(s)
Bruno Bellucci, III, Esquire, 001011990
Jennifer L. Kearney, Esquire, 240402017

**Order Filed on May 3, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Vincent J. Domenico
Kristen D. Domenico

Case No.:      23-12908

Adv. No.:

Hearing Date:   5/2/23

Judge:        Hon. Andrew B. Altenburg, Jr.

## ORDER TO EXTEND THE AUTOMATIC STAY

The relief set forth on the following page, is hereby **ORDERED**.

**DATED: May 3, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Vincent J. Domenico and Kristen D. Domenico
Case No.:      23-12908
Order to Extend the Automatic Stay

Upon consideration of Debtors' motion/application for an Order to Extend the Automatic

Stay as to Vincent J. Domenico and Kristen D. Domenico and good cause appearing therefore,

**IT IS** hereby **ORDERED** as follows:

1. The Automatic Stay pursuant to Section 362(c)(4)(B) of the Bankruptcy Code as to

   Debtors Vincent J. Domenico and Kristen D. Domenico shall be extended and remain in

   full force and effect and will not expire on the 30th day of the filing of this bankruptcy

   case.

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 23-12908-ABA |
|---|---|
| Vincent J. Domenico | Chapter 13 |
| Kristen D. Domenico | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 04, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Vincent J. Domenico, Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer L. Kearney | on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Jennifer L. Kearney | on behalf of Debtor Vincent J. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: May 04, 2023                  Form ID: pdf903                          Total Noticed: 1
TOTAL: 5