UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HLADIK, ONORATO & FEDERMAN, LLP
Sarah K. McCaffery, Esquire
Attorney for Movant
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
Attorney for LVNV Funding, LLC

In Re:

VINCENT J. DOMENICO
KRISTEN D. DOMENICO

Case No.: 23-12908-ABA

Chapter: 13

Hearing Date: 08/23/2023

Judge: Andrew B. Altenburg, Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Please mark the Objection to Confirmation of LVNV Funding, LLC, filed on May 4, 2023 at docket# 14) as settled. The Debtors have filed an Amended Plan that satisfies Creditor's Objections.

Date: 08/21/2023

/s/ Sarah K. McCaffery
Signature

rev.8/1/15