Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−12908−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent J. Domenico | Kristen D. Domenico |
| 370 Pine Road | 370 Pine Road |
| Hammonton, NJ 08037 | Hammonton, NJ 08037 |

Social Security No.:
xxx−xx−2628                                            xxx−xx−9969

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 24, 2023.

Dated: August 24, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 23-12908-ABA

Vincent J. Domenico      Chapter 13

Kristen D. Domenico

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3

Date Rcvd: Aug 24, 2023    Form ID: plncf13    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent J. Domenico, Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975 |
| 519885145 | + | Atlantic Emergency Assoc., 1925 Pacific Ave. # 8, Atlantic City, NJ 08401-6713 |
| 519885148 | + | Justice, 18900 Michigan Ave., Dearborn, MI 48126-3912 |
| 519885155 | + | Wayfiar, 4 Copley Place Floor 7, Boston, MA 02116-6504 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519885144 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 24 2023 20:37:00 | Ally, PO Box 78234, Phoenix, AZ 85062-8234 |
| 519889005 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 24 2023 20:38:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519894823 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2023 21:32:10 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519885146 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 24 2023 22:17:35 | Capital One Bank USA, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 519894869 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 24 2023 22:17:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519942766 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 24 2023 20:39:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519885147 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 24 2023 20:38:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 519939094 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 24 2023 20:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519893196 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2023 21:31:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519925187 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2023 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519885149 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2023 20:38:00 | Midland Credit Mnagement, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519885150 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 24 2023 20:39:00 | Premier Bankcard, Jefferson Capital Systems, |

Case 23-12908-ABA   Doc 37   Filed 08/26/23   Entered 08/27/23 00:14:44   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: plncf13 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 519943804 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 24 2023 20:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519886745 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2023 20:38:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519885151 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2023 20:38:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519885152 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 24 2023 20:39:00 | Select Portfolio, 3217 S Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 519885153 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 24 2023 20:37:00 | Sunrise Credit, 260 Airport Plaza Blvd., Farmingdale, NY 11735-3946 |
| 519885154 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2023 22:17:22 | Walmart, 702 SW 8th Street, M.S. 0705, Bentonville, AR 72716-6299 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer L. Kearney | on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Jennifer L. Kearney | on behalf of Debtor Vincent J. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Sarah K. McCaffery | on behalf of Creditor LVNV Funding LLC ckohn@hoflawgroup.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 24, 2023 | Form ID: plncf13 | Total Noticed: 24 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7