54096
MORTON & CRAIG LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  VINCENT J. DOMENICO<br>KRISTEN D. DOMENICO | CHAPTER: 13<br><br>CASE NO.: 23-12908 (ABA)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS, AND DISCLOSURE STATEMENTS |

AmeriCredit Financial Services, Inc. dba GM Financial hereby enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for AmeriCredit Financial Services, Inc. dba GM Financial with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

William E. Craig, Esquire
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

AmeriCredit Financial Services, Inc. dba GM Financial, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to GM Financial by due service upon its undersigned attorneys, Morton & Craig LLC at the address stated above and also to it at the following address:

AmeriCredit Financial Services, Inc.
dba GM Financial
4000 Embarcadero Dr.
Arlington, TX 76014

AmeriCredit Financial Services, Inc. dba GM Financial, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ William E. Craig
William E. Craig, Esquire
Morton & Craig LLC
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

Date:  9/27/23