# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

Joni L. Gray, Counsel  
Jennifer R. Gorchow, Staff Attorney  
William H. Clunn, III, Staff Attorney

Lu'Shell K. Alexander*  
Jennie P. Archer*  
Kelleen E. Stanley*  
Kimberly A. Talley*

*Certified Bankruptcy Assistant

December 20, 2023

Sent via email to: bbellucci@belluccilaw.net

Bruno Bellucci, III, Esquire  
450 Tilton Road, Suite 125  
Northfield, NJ 08225

RE: CHAPTER 13 BANKRUPTCY  
CASE NO: 23-12908(ABA)  
DEBTOR(S) NAME: Vincent D. & Kristen D. Domenico

Dear Mr. Bellucci,

Our office is in receipt of the Order dated December 13, 2023 curing post-petition arrears and resolving certification of default for the above-mentioned debtors(s). This order awards creditor attorney fees of $538.00 to be paid through the plan.

To compensate for the funds being added to the plan, debtor's plan should be modified to $8,832.00 total receipts applied to plan then $1,356.00 for fifty-three (53) remaining months starting December 1, 2023, for a total plan length of sixty (60) months.

Enclosed for your convenience is a Stipulation Adjusting Trustee Payments with the terms listed above. If same meets with your approval, please execute and return the original to this Office so that it may be filed with the Court. If we fail to hear from you or fail to receive the executed Stipulation within twenty (20) days from the date of this letter, we may move to Dismiss this matter.

Should you have any further questions and/or concerns regarding this matter, please feel free to contact Annette Donaldson at adonaldson@standingtrustee.com.

Very truly yours,

OFFICE OF THE CHAPTER 13  
STANDING TRUSTEE

/s/ Andrew B. Finberg  
Chapter 13 Standing Trustee

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:

P.O. Box 1978  
Memphis, TN 38101-1978

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Andrew B. Finberg, Esquire (AB 1574)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

**Vincent J. Domenico**
**Kristen D. Domenico**

Debtor(s)'

Case No. 23-12908 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $8,832.00 total receipts applied to plan, then $1,356.00 per month for the remaining fifty-three (53) months, commencing December 1, 2023 for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on December 1, 2023, remain in effect.

Bruno Bellucci, III, Esquire
Attorney for Debtor

Dated: 12-20-23

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated:    12/20/2023

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **2**