Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-12908 (ABA)

Vincent J. Domenico and Kristen D. Domenico  
370 Pine Road  
Hammonton, NJ  08037

Monthly Payment: $1,356.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/02/2023 | $1,200.00 | 06/09/2023 | $1,200.00 | 07/10/2023 | $1,200.00 | 08/04/2023 | $1,200.00 |
| 09/05/2023 | $1,344.00 | 10/13/2023 | $1,344.00 | 11/13/2023 | $1,344.00 | 12/27/2023 | $1,344.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | VINCENT J. DOMENICO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUNO BELLUCCI, III, ESQUIRE | 13 | $1,200.00 | $1,200.00 | $0.00 | $1,200.00 |
| 1 | ALLY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC EMERGENCY ASSOC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $234.78 | $0.00 | $234.78 | $0.00 |
| 4 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $480.54 | $50.64 | $429.90 | $50.64 |
| 5 | ASHLEY FUNDING SERVICES, LLC | 33 | $46.70 | $0.00 | $46.70 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $125.63 | $0.00 | $125.63 | $0.00 |
| 7 | PREMIER BANKCARD, LLC | 33 | $737.40 | $0.00 | $737.40 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SELECT PORTFOLIO SERVICING, INC. | 24 | $63,911.61 | $6,733.50 | $57,178.11 | $6,733.50 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $1,490.00 | $0.00 | $1,490.00 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ASHLEY FUNDING SERVICES, LLC | 33 | $13.54 | $0.00 | $13.54 | $0.00 |
| 13 | LVNV FUNDING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | JENNIFER L. KEARNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | KRISTEN D. DOMENICO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ASHLEY FUNDING SERVICES, LLC | 33 | $545.00 | $0.00 | $545.00 | $0.00 |
| 18 | ASHLEY FUNDING SERVICES, LLC | 33 | $46.71 | $0.00 | $46.71 | $0.00 |
| 19 | ASHLEY FUNDING SERVICES, LLC | 33 | $46.71 | $0.00 | $46.71 | $0.00 |
| 20 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $2,466.44 | $0.00 | $2,466.44 | $0.00 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $733.59 | $0.00 | $733.59 | $0.00 |
| 22 | AMERICREDIT FINANCIAL SERVICES, INC. | 13 | $538.00 | $0.00 | $538.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2023 | 6.00 | $0.00 |
| 11/01/2023 | Paid to Date | $8,832.00 |
| 12/01/2023 | 53.00 | $1,356.00 |
| 05/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,176.00 |
| Total paid to creditors this period: | $7,984.14 |
| Undistributed Funds on Hand: | $1,214.98 |
| Arrearages: | $1,368.00 |
| Attorney: | BRUNO BELLUCCI, III, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**