Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−12908−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent J. Domenico | Kristen D. Domenico |
| 370 Pine Road | 370 Pine Road |
| Hammonton, NJ 08037 | Hammonton, NJ 08037 |

Social Security No.:
   xxx−xx−2628                                     xxx−xx−9969

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 24, 2024.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: June 24, 2024
JAN: har

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12908-ABA |
| Vincent J. Domenico | Chapter 13 |
| Kristen D. Domenico | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 24, 2024 | Form ID: 148 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent J. Domenico, Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975 |
| 519885145 | + | Atlantic Emergency Assoc., 1925 Pacific Ave. # 8, Atlantic City, NJ 08401-6713 |
| 519885148 | + | Justice, 18900 Michigan Ave., Dearborn, MI 48126-3912 |
| 519885155 | + | Wayfiar, 4 Copley Place Floor 7, Boston, MA 02116-6504 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519885144 | + | EDI: GMACFS.COM | Jun 25 2024 00:40:00 | Ally, PO Box 78234, Phoenix, AZ 85062-8234 |
| 519889005 | + | EDI: PHINAMERI.COM | Jun 25 2024 00:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519894823 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2024 20:52:51 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519885146 | + | EDI: AIS.COM | Jun 25 2024 00:40:00 | Capital One Bank USA, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 519894869 | + | EDI: AIS.COM | Jun 25 2024 00:40:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519942766 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2024 20:52:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519885147 | + | EDI: PHINAMERI.COM | Jun 25 2024 00:40:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 519939094 | | EDI: JEFFERSONCAP.COM | Jun 25 2024 00:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519893196 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2024 20:52:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519925187 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2024 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519885149 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2024 20:51:00 | Midland Credit Mnagement, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519885150 | + | EDI: JEFFERSONCAP.COM | Jun 25 2024 00:40:00 | Premier Bankcard, Jefferson Capital Systems, |

| | | | | |
|---|---|---|---|---|
| | | | | LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 519943804 | + | EDI: JEFFERSONCAP.COM | Jun 25 2024 00:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519886745 | | EDI: Q3G.COM | Jun 25 2024 00:40:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519885151 | + | EDI: Q3G.COM | Jun 25 2024 00:40:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519885152 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 24 2024 20:52:00 | Select Portfolio, 3217 S Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 519885153 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 24 2024 20:51:00 | Sunrise Credit, 260 Airport Plaza Blvd., Farmingdale, NY 11735-3946 |
| 519885154 | + | EDI: SYNC | Jun 25 2024 00:40:00 | Walmart, 702 SW 8th Street, M.S. 0705, Bentonville, AR 72716-6299 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer L. Kearney | on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net |
| Jennifer L. Kearney | |

Case 23-12908-ABA    Doc 55    Filed 06/26/24    Entered 06/27/24 00:16:47    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2024 | Form ID: 148 | Total Noticed: 24 |

        on behalf of Debtor Vincent J. Domenico jkearney@bellucilaw.net
        bbellucci@belluccilaw.net,jkearney@belluccilaw.net,kpalermo@belluccilaw.net

Sarah K. McCaffery

        on behalf of Creditor LVNV Funding  LLC smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

        on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com,
        mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9